IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CURTIS CAMER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **1996 STORE DETECTIVE WAL-MART** | : | **NO. 02-3692** |

### O R D E R

**AND NOW,** this            day of August, 2002, upon consideration of plaintiff's motion to proceed in forma pauperis with this pro se 42 U.S.C. § 1983 action, his twenty-fourth such action, as it appears that he lacks the means to pay the usual filing fee, **IT IS HEREBY ORDERED** that said motion is granted and as it appears from his pleadings in this and two earlier cases that he is complaining about an incident in 1996 as to which the statute of limitations has long expired, and in any event, as there is no showing that the unidentified store detective was acting under color of state law or could be served with process, the above action is **DISMISSED.**

**BY THE COURT:**

_____
**JAY C. WALDMAN, J.**